UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Kumiko Kitaoka,

      Plaintiff,

 -against-

Ian F. Wallace et al.,

      Defendants.

1:19-cv-06763 (VSB) (SDA)

ORDER SCHEDULING
<u>SETTLEMENT CONFERENCE</u>

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/11/19

**STEWART D. AARON, United States Magistrate Judge:**

 A settlement conference is scheduled before Magistrate Judge Stewart Aaron on Tuesday, January 28, 2020 at 2:00 p.m. in Courtroom 11C, United States Courthouse, 500 Pearl Street, New York, NY 10007.

 The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at http://www.nysd.uscourts.gov/judge/Aaron.

 The Clerk's Office is directed to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

DATED: New York, New York
    December 11, 2019

               _____
               STEWART D. AARON
               United States Magistrate Judge